ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
State Bar No. 117798
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6008
Facsimile: (916) 731-2143
E-mail: DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVIS EDWARD MARTIN,**<br>Petitioner,<br>**v.**<br>**RAQUEL ACEVEDO,**<br>Respondent. | 2:25-cv-11643-SPG-ACCV<br>**UNOPPOSED APPLICATION FOR EXTENSION OF TIME; DECLARATION OF KENNETH C. BYRNE**<br>The Honorable Angela C. C. Viramontes<br>United States Magistrate Judge |

Respondent hereby respectfully requests a thirty-day extension of time to and including October 16, 2026, to file a response to the First Amended Petition for Writ of Habeas Corpus filed in this matter. Currently, a response is due on September 16, 2026.

/ / /

/ / /

As set forth in the attached Declaration of Kenneth C. Byrne, this application is made for good cause.

Dated: September 10, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General

/s/ *Kenneth C. Byrne*

KENNETH C. BYRNE
Supervising Deputy Attorney General
*Attorneys for Respondent*

LA2026602353
68718074.docx

**DECLARATION OF KENNETH C. BYRNE**

I, Kenneth C. Byrne, declare as follows:

1. I am an attorney authorized to practice law in the State of California and the United States District Court for the Central District of California. I am a Supervising Deputy Attorney General employed in the Criminal Division of the California Department of Justice. I am preparing this declaration in support of Respondent's extension request in *Travis Martin v. Raphael Acevedo*, case number CV 25-11643-SPG (ACCV), in which I am the attorney assigned to represent Respondent.

2. Currently, a response to the First Amended is due on September 16, 2026. This is Respondent's first request for an extension of time in this case.

3. I received the Court's minute order dated September 2, 2026, which directed Respondent to file a response to the First Amended Petition within fourteen days, on the day the order was filed. I was unable to review the First Amended Petition or begin drafting a response at that time as I was engaged in, among other tasks, drafting an Answer in *Victor Max Landers v. Warden Luis Garcia*, case number CV 26-03724-SVW (MBK). In that case, I recently requested a first extension of time in order to enable me to complete drafting merits responses to multiple claims. When I complete that Answer, I will need to prepare an Appellee's Brief in *Noe Hernandez v. Raymond Madden*, *Warden*, Ninth Circuit Court of Appeals case number 26-1249, and a Respondent's Brief in *People v. Hayden Payne Taylor*, California Court of Appeal case number B347436. I recently filed first requests for an extension of time in both of those matters as well.

4. For the foregoing reasons, I am requesting a thirty-day extension of time, to and including October 16, 2026, to file the Answer.

/ / /

/ / /

/ / /

5. On September 5, 2026, I sent an email to David Zarmi, counsel for Petitioner, to ascertain whether he objects to this request. He replied the same day and stated that he had no objection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 10, 2026, at Los Angeles, California.

/s/ *Kenneth C. Byrne*

KENNETH C. BYRNE
Supervising Deputy Attorney General