ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
JASON TRAN
Supervising Deputy Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
State Bar No. 117798
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6008
Fax: (916) 731-2143
E-mail: DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**TRAVIS EDWARD MARTIN,**

Petitioner,

**v.**

**RAFAEL ACEVEDO,**

Respondent.

Case No. CV 25-11643-SPG-ACCV

**UNOPPOSED APPLICATION FOR LEAVE TO FILE ANSWER WITH OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KENNETH C. BYRNE**

The Honorable Angela C. C. Viramontes
United States Magistrate Judge

Respondent respectfully requests leave to file a Memorandum of Points and Authorities which exceeds the word limit contained in Local Rule 11-6.1 in support of the Answer to the First Amended Petition for Writ of Habeas Corpus filed herein.

This Application is supported by good cause as set forth in the attached Declaration of Kenneth C. Byrne.

Dated: October 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
JASON TRAN
Supervising Deputy Attorney General

***/s/ Kenneth C. Byrne***

KENNETH C. BYRNE
Supervising Deputy Attorney General
*Attorneys for Respondent*

LA2026602353
68787905

# DECLARATION OF KENNETH C. BYRNE

I, Kenneth C. Byrne, hereby declare under penalty of perjury that the following is true and correct.

1. I am a Supervising Deputy Attorney General and a member of the Criminal Division of the California Attorney General's Office.

2. I represent the Respondent in *Martin v. Acevedo*, case number CV 25-11643-SPG (ACCV). Currently, an Answer is due on or before October 16, 2026. I am requesting leave to file an oversized Memorandum of Points and Authorities in support of Respondent's Answer for the following reasons.

3. The Petition sets forth three claims. I have drafted an Answer which addresses the merits of each of Petitioner's claims. The Answer has been reviewed and approved by another attorney in my office.

4. I have endeavored to file as concise a pleading as possible. However, I believe that in order to adequately and clearly respond to the issues, Respondent's Answer must exceed the 7,000-word limitation for several reasons. First, in the Answer I included a summary of the facts pertaining to Petitioner's crimes because consideration of the facts was relevant to the claims. Second, I set forth the applicable law which governs each of Petitioner's claims and discussed the relevant state court rulings regarding those claims. Third, the Answer demonstrates that one claim is procedurally barred and discusses why the harmless error doctrine applies to other claims.

5. The Memorandum of Points and Authorities currently includes 14,377 words. I believe that an oversized Memorandum of Points and Authorities is necessary to sufficiently assist this Court in resolving the issues raised and to not adversely affect Respondent's legal position.

6. On September 29, 2026, I contacted David Zarmi, counsel for Petitioner, in order to determine if he objects to this Application. He replied the same day and said that he had no opposition.

I declare under penalty of perjury and the laws of the State of California and United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2026, at Los Angeles, California.

***/s/ Kenneth C. Byrne***
Kenneth C. Byrne
Supervising Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name: **Travis Edward Martin v. Raphael Acevedo** No. **CV 25-11643-SPG-ACCV**

I hereby certify that on October 13, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**UNOPPOSED APPLICATION FOR LEAVE TO FILE ANSWER WITH OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KENNETH C. BYRNE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 13, 2026, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Travis Edward Martin**
1746 F South Victoria Ave Suite 104
Ventura, CA 93003

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 13, 2026, at Los Angeles, California.

| S. Hubbard | ***/s/ S. Hubbard*** |
|---|---|
| Declarant | Signature |

LA2026602353
68795017