ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
JASON TRAN
Supervising Deputy Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
State Bar No. 117798
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6008
Fax: (916) 731-2143
E-mail: DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVIS EDWARD MARTIN,**<br>Petitioner,<br>**v.**<br>**RAFAEL ACEVEDO,**<br>Respondent. | Case No. CV-11643-SPG-ACCV<br>**SECOND NOTICE OF LODGING IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**<br>The Honorable Angela C. C. Viramontes<br>United States Magistrate Judge |

Respondent hereby electronically lodges copies of the following documents in support of his Answer to the First Amended Petition for Writ of Habeas Corpus filed herein.[1] Each document was prepared and filed in California Court of Appeal case number B325048.

[1] On July 1, 2026, Respondent lodged copies of four state court documents. (ECF No. 10.)

5. Clerk's Transcript (four volumes; confidential probation officer's report excluded);

6. Reporter's Transcript (fifteen volumes);

7. Respondent's Brief; and

8. Appellant's Reply Brief.

Dated: October 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES C. RAGLAND
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Senior Assistant Attorney General
JASON A. TRAN
Supervising Deputy Attorney General

***/s/ Kenneth C. Byrne***

KENNETH C. BYRNE
Supervising Deputy Attorney General
*Attorneys for Respondent*

LA2026602353
68785339

# CERTIFICATE OF SERVICE

Case Name: **Travis Edward Martin v. Raphael Acevedo** No. **CV 25-11643-SPG-ACCV**

I hereby certify that on October 13, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## SECOND NOTICE OF LODGING IN 28 U.S.C. § 2254 HABEAS CORPUS CASE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 13, 2026, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Travis Edward Martin**
1746 F South Victoria Ave Suite 104
Ventura, CA 93003

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 13, 2026, at Los Angeles, California.

| S. Hubbard | ***/s/ S. Hubbard*** |
|---|---|
| Declarant | Signature |

LA2026602353
68795017