IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVIS EDWARD MARTIN,**<br>Petitioner,<br>**v.**<br>**RAFAEL ACEVEDO,**<br>Respondent. | Case No. CV 25-11643-SPG-ACCV<br>~~**[PROPOSED]**~~ **ORDER** |

Good cause having been shown, it is HEREBY ORDERED that Respondent may file a memorandum of points and authorities in support of his Answer to the First Amended Petition for Writ of Habeas Corpus which exceeds 7,000 words.

Dated: October 13, 2026

The Honorable Angela C. C. Viramontes
United States Magistrate Judge

LA2026602353
68787992